JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Javier Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:26 CR 102-2-DC |
| | ) |
| Plaintiff, | ) ORDER SEALING INTERVIEW SUMMARY OF |
| | ) MS. LAMA (AND ATTACHMENTS RELATED |
| vs. | ) THERETO) IN SUPPORT OF MR. ALVAREZ |
| | ) |
| JAVIER ALVAREZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

ORDER

GOOD CAUSE HAVING BEEN SHOWN, the request to file INTERVIEW SUMMARY OF MS. LAMA (AND ATTACHMENTS RELATED THERETO) IN SUPPORT OF MR. ALVAREZ under seal is granted. It is hereby ordered INTERVIEW SUMMARY OF MS. LAMA (AND ATTACHMENTS RELATED THERETO) IN SUPPORT OF MR. ALVAREZ shall be filed under seal.

Dated:  June 22, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1