UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

June 22, 2026

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:26-cr-0102 DC-2 |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| JAVIER ALVAREZ | |
| Defendant. | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JAVIER ALVAREZ (2) Case No.

2:26-cr-0102 DC-2  Charges 21 USC § 841 from custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

   X       Unsecured Appearance Bond $    50,000.00

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

_____    (Other): _ .

Issued at Sacramento, California on June 22, 2026 at 2:43 PM

By:    /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney